

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00226-CV

———————————————————

IN RE DANIEL MEDINA, Relator

---

Original Proceeding
48th District Court of Tarrant County, Texas
Trial Court No. 048-316862-20

---

Before Bassell, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  July 28, 2021